IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL, ELEVATOR INDUSTRY WORK PRESERVATION FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN, Plaintiff, | : : : : : : : : : | CIVIL ACTION<br><br>NO. 17-cv-2798 |
| v. | : : | |
| ALL CITY ELEVATOR, INC. et al., Defendant. | : : | |

## ORDER

AND NOW, this *18th* day of *June*, 2018, upon consideration of Plaintiffs' Motion for Entry of Judgment by Default (ECF No. 6), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS HEREBY ORDERED that:

(1) The Report and Recommendation is APPROVED AND ADOPTED.

(2) Plaintiffs' Motion for Entry of Judgment by Default (ECF No. 6) is GRANTED.

(3) Default Judgment shall be entered against Defendants All City Elevator and Jason Damron, jointly and severally, in the following amounts:

   (a) $25,918.75 in unpaid contributions;

   (b) $5,183.75 in liquidated damages;

   (c) $2,375.00 in attorney's fees;

   (d) $575.00 in costs;

   (e) *$1,296.33* in interest, including additional accrued interest;

(f) $15,551.25 in additional contributions and interest that become due and

owing, whether reported and/or unreported, through the date of Judgment.

BY THE COURT:

_____
C. DARNELL JONES, II    J.

2